Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

_____
                                                Debtor.

BANKRUPTCY NO.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-2 ASSET BACKED NOTES
                                                Moving Party

RS NO.

_____
                                                Respondent(s)

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
☐ REAL PROPERTY    ☐ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was filed on _____.

2. Procedural Status:
    a. ☐ Name of Trustee Appointed *(if any)*:

    b. ☐ Name of Attorney of Record for Trustee *(if any)*:

    c. ☐ *(Optional)* Prior Filing Information:
       Debtor has previously filed a Bankruptcy Petition on:_____.
       If applicable, the prior case was dismissed on: _____.

    d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

Movant alleges the following in support of its Motion:

1. ☐ The following real property is the subject of this Motion:
    a. Street address of the property including county and state:

    b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

    c. Legal description of property is attached as Exhibit A.

CSD 1160

    d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

    e.    *Fair market value of property as set forth in the Debtor's schedules: $_____.

    f.    *Nature of Debtor's interest in the property:

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

    a.    Fair market value of property as set forth in the Debtor's schedules: $_____.

    b.    Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $_____.

4. *Nature of Movant's interest in the property:

5. *Status of Movant's loan:
    a.    Balance owing on date of Order for Relief:    $_____
    b.    Amount of monthly payment:    $_____
    c.    Date of last payment:    _____
    d.    If real property,
        i.    Date of default:    _____
        ii.    Notice of Default recorded on:    _____
        iii.    Notice of Sale published on:    N/A
        iv.    Foreclosure sale currently scheduled for:    _____
    e.    If personal property,
        i.    Pre-petition default:    $_____    No. of months:_____
        ii.    Post-petition default:    $_____    No. of months:_____

6. *(If Chapter 13 Case, state the following:)*
    a.    Date of post-petition default:    _____
    b.    Amount of post-petition default:    $_____

7. Encumbrances:
    a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN)<br>Pre-Petition Arrearages<br>Total Amount - # of Months | Post-Petition Arrearages<br>Total Amount - # of Months | |
|---|---|---|---|---|
| 1st: | | | | |
| 2nd: | | | | |
| 3rd: | | | | |
| 4th: | | | | |
| Totals for all Liens: | $ | $ | $ | |

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
        ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

8.  Relief from the automatic stay should be granted because:
    a.  ☐ Movant's interest in the property described above is not adequately protected.
    b.  ☐ Debtor has no equity in the ☐ real property ☐ personal property described above and such property is not necessary to an effective reorganization.
    c.  ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and
        i.  the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and
        ii. the Debtor/Trustee has
            (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or
            (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.
    d.  ☐ *Other cause exists as follows *(specify)*: ☐ See attached page.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

Movant attaches the following:

1.  ☐ Other relevant evidence:

2.  ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☐ Relief as requested.

☐ Other:

Dated:

_____
[Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

# EXHIBIT A

6440

# LEGAL DESCRIPTION ADDENDUM

**Borrower Name(s):**
FRANK J. BARENO, RENEE BARENO

**Lender:**
Accredited Home Lenders, Inc.
A California Corporation
15090 Avenue of Science
San Diego, CA 92128

**Loan #:** ▓▓▓▓▓▓7333

**Property Address:**
12028 LEMON CREST DRIVE
LAKESIDE, CA 92040

**Legal Description:**
THAT PORTION OF LOT 43 IN RIVERVIEW FARMS, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1683, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 25, 1916, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT IN THE NORTHERLY LINE OF SAID LOT 43 WHICH IS DISTANT THEREON EAST 301.00 FEET FROM THE NORTHWEST CORNER OF SAID LOT; THENCE WEST ALONG SIDE NORTH LINE 65.00 FEET TO THE NORTHEAST CORNER TO THE WESTERLY 236.00 FEET OF SAID LOT; THENCE SOUTH ALONG THE EASTERLY LINE OF SAID WESTERLY 236.00 FEET TO THE SOUTHEASTERLY CORNER LINE OF SAID WESTERLY 236.00 FEET OF LOT 43; THENCE ALONG SAID SOUTHERLY LOT LINE NORTH 76 DEGREES 49' EAST 70.00 FEET; THENCE NORTHERLY IN A STRAIGHT LINE TO THE POINT OF BEGINNING.

Initials _FB_ _RB_

MIN # 1001761050406733330
AHL 610101.UFF

BARENO
Page 1 of 1

Loan # ▓▓▓▓▓▓333

# EXHIBIT B

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of California

In re: **Frank J Bareno, Renee Bareno**  Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Aurora Loan Services

**Describe Property Securing Debt:**
Single Family Residence:
Location: 9650 Farmington Dr., Lakeside, CA 92040

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Retain Collateral and continue to make regular payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt     ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
Aurora Loan Services

**Describe Property Securing Debt:**
Single Family Residence:
Location: 9650 Farmington Dr., Lakeside, CA 92040

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Retain Collateral and continue to make regular payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt     ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                     Page 2

### Property No. 3

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Bank of America | 2004 Monaco La Palma Motorhome<br>10,000 miles |

Property will be (check one):
   ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                 ☐ Not claimed as exempt

### Property No. 4

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Bank Of America | 2005 Wanderer Trailor |

Property will be (check one):
   ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                 ☐ Not claimed as exempt

### Property No. 5

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Bank of The West | 2007 Kayot Boat, Inboard, 22', With Trailer |

Property will be (check one):
   ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                 ☐ Not claimed as exempt

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B8 (Form 8) (12/08)                                          Page 3

---

**Property No. 6**

| **Creditor's Name:** <br> **Chase Home Finance - BK Dept** | **Describe Property Securing Debt:** <br> **Single Family Residence:** <br> **Location: 9640 Farmington Dr., Lakeside CA 92040** |
|---|---|

Property will be (check one):
    ☐ Surrendered                            ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain __Retain Collateral and continue to make regular payments__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                        ☐ Not claimed as exempt

---

**Property No. 7**

| **Creditor's Name:** <br> **Chrysler Financial** | **Describe Property Securing Debt:** <br> **2007 Dodge Nitro** <br> **40,000 Miles** |
|---|---|

Property will be (check one):
    ☐ Surrendered                            ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                        ☐ Not claimed as exempt

---

**Property No. 8**

| **Creditor's Name:** <br> **Litton Loan Servicing** | **Describe Property Securing Debt:** <br> **Single Family Residence:** <br> **Location: 12028 Lemoncrest Dr., Lakeside, CA 92040** |
|---|---|

Property will be (check one):
    ■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                        ☐ Not claimed as exempt


B8 (Form 8) (12/08)      Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Rancho Sante Fe Thrift & Loan** | **Describe Property Securing Debt:**<br>**2005 Toyota Tacoma**<br>**140,000 Miles** |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Select Portfolio Servicing** | **Describe Property Securing Debt:**<br>**Single Family Residence:**<br>**Location: 12028 Lemoncrest Dr., Lakeside, CA 92040** |

Property will be (check one):
   ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                      Page 5

Property No. 11

| Creditor's Name:<br>**Sheffield Financial LLC** | Describe Property Securing Debt:<br>**2007 Artic Cat OHV** |
|---|---|

Property will be (check one):
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>**-NONE-** | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |
|---|---|---|

B8 (Form 8) (12/08)                                                            Page 6

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 23, 2009**     Signature **/s/ Frank J Bareno**
                                                                           **Frank J Bareno**
                                                                           Debtor

Date **November 23, 2009**     Signature **/s/ Renee Bareno**
                                                                           **Renee Bareno**
                                                                           Joint Debtor