CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Alan S. Wolf, Bar No. 94665    Phone (949) 720-9200
Daniel K. Fujimoto, Bar No. 158575    Fax (949) 608-0128

THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614

Order Entered on January 28, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Frank J. Bareno and Renee Bareno
                                    Debtor.

BANKRUPTCY NO. 09-17957-PB7

Deutsche Bank National Trust Company, as Indenture Trustee on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes
                                    Moving Party

RS NO. ASW-1

Frank J. Bareno and Renee Bareno, Debtors; Gerald H. Davis, Chapter 7 Trustee; Litton Loan Servicing, Junior Lien Holder;
                                    Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __3__ with exhibits, if any, for a total of __4__ pages, is granted. Motion Docket Entry No. __12__

//

//

//

//

DATED: January 27, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

The Wolf Firm
(Firm name)

By: /s/ Alan Steven Wolf
    Attorney for Movant

Judge, United States Bankruptcy Court

CSD 1162

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Frank J. Bareno and Renee Bareno          CASE NO: 09-17957-PB7
                                                  RS NO.: ASW-1

The Motion of Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on January 5, 2010, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 14, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on January 5, 2010, and

- ✓ Debtor *(Name)*: Frank J. Bareno and Renee Bareno
- ✓ Debtor's Attorney *(Name)*: David G. Weil
- ✓ Trustee *(Name)*: Gerald H. Davis
- ✓ United States Trustee (in Chapter 11 & 12 cases), and
- ✓ Others, if any *(Name)*:
  Junior Lien Holder:
  Litton Loan Servicing

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ✓ The following real property:

   a. Street address of the property including county and state:

      12028 Lemon Crest Drive
      Lakeside, CA  92040
      San Diego County

   b. Legal description is ✓ attached as Exhibit A or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

   IT IS FURTHER ORDERED that *(Optional)*:

   The 14 day stay described by Bankruptcy Rule 4001(a)(3) is waived.

CSD 1162

*Signed by Judge Peter W. Bowie January 27, 2010*

# EXHIBIT A

*Signed by Judge Peter W. Bowie January 27,2010*

6440

# LEGAL DESCRIPTION ADDENDUM

| Borrower Name(s):<br>FRANK J. BARENO, RENEE BARENO | Lender:<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Loan #: ▆▆▆▆▆▆7333 |

**Property Address:**
12028 LEMON CREST DRIVE
LAKESIDE, CA 92040

**Legal Description:**
THAT PORTION OF LOT 43 IN RIVERVIEW FARMS, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1683, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 25, 1916, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT IN THE NORTHERLY LINE OF SAID LOT 43 WHICH IS DISTANT THEREON EAST 301.00 FEET FROM THE NORTHWEST CORNER OF SAID LOT; THENCE WEST ALONG SIDE NORTH LINE 65.00 FEET TO THE NORTHEAST CORNER TO THE WESTERLY 236.00 FEET OF SAID LOT; THENCE SOUTH ALONG THE EASTERLY LINE OF SAID WESTERLY 236.00 FEET TO THE SOUTHEASTERLY CORNER LINE OF SAID WESTERLY 236.00 FEET OF LOT 43; THENCE ALONG SAID SOUTHERLY LOT LINE NORTH 76 DEGREES 49' EAST 70.00 FEET; THENCE NORTHERLY IN A STRAIGHT LINE TO THE POINT OF BEGINNING.

Initials *[signatures]*

MIN # 1001761050406733330
AHL 610101.UFF

BARENO
Page 1 of 1

Loan # ▆▆▆▆▆▆333